UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG VAN LY, | Case No. 5:26-cv-01603-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| SECRETARY OF DEPARTMENT | |
| OF HOMELAND SECURITY, | |
| Respondent. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that Petitioner's petition for writ of habeas corpus (ECF 1) is granted, and Petitioner's immediate release from immigration custody is ordered.

DATED: April 17, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE